BROWN v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. September 20, 1899.) Action by E. Louisa Brown, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied. Motion for leave to appeal to

the court of appeals granted, on the ground that the case involves a question of law which ought to be reviewed by that court. See 59 N. Y. Supp. 672.